No. 36. — Díaz Cintrón, promovente, *v.* Hon. A. Acosta Quintero, J. D., demandado.—Auto inhibitorio. Enero 15, 1926. *Denegado.* No. 506. — *Certiorari.* Enero 22, 1926. *Denegado.*

No. 3689.—Remy, apdo., *v.* Muñoz et al., apltes.—C. D. San Juan. Julio 6, 1925. Concedidos 15 días a los apelantes para archivar la exposición del caso.

No. 3689.—Remy Liger, apdo., *v.* Muñoz Morales y Alvarez Torre, apltes.—C. D. San Juan, Disto. 2⁹. Enero 15, 1926. Apareciendo que ya está en manos del juez inferior la exposición del caso para su aprobación, y teniendo en cuenta que el 30 de diciembre último se nos pidió por el apelante una prórroga de diez días para presentar la transcripción en este tribunal sin que esa moción haya sido resuelta hasta hoy, *se concede* al apelante un término de diez días contados desde hoy para presentar en este tribunal la transcripción de la apelación y también su alegato. El Juez Presidente Sr. del Toro y el Juez Asociado Sr. Franco Soto disintieron.

No. 505. — Castillo et al., peticionarios, *v.* Hon. C. E. Foote, J. D.—*Certiorari.* Enero 15, 1926. No apareciendo envuelta en la solicitud presentada ninguna cuestión de jurisdicción o procedimiento, *no ha lugar* a expedir el auto.

No. 3659.—Ferrer, apda., *v.* Guillén, aplte.—C. D. San Juan. Enero 20, 1926. Celebrada la vista de esta apelación con asistencia e informe de los abogados de ambas partes el 19 de enero actual, estimando el tribunal que no erró la corte sentenciadora al declarar sin lugar la contrademanda, ya que examinada ésta es necesario concluir que no aduce hechos suficientes para constituir una causa de acción, *se confirma* la sentencia apelada en cuanto por ella se declaró la dicha contrademanda sin lugar.

No. ——.—*In re.* Figueroa Maestre, querellado.—Rehabilitación al ejercicio de la abogacía. Enero 22, 1926. Denegado.